**2007–0730. State v. McCree.**
Cuyahoga App. No. 87951, 2007-Ohio-268. On motion for leave to file delayed appeal. Motion denied.
PFEIFER, LUNDBERG STRATTON and CUPP, JJ., dissent.

**2007–0741. State v. Wilson.**
Union App. No. 14–06–19, 2006-Ohio-6930. On motion for leave to file delayed appeal. Motion denied.
PFEIFER, O'CONNOR and O'DONNELL, JJ., dissent.

**2007–0756. Dunham v. Dunham.**
Franklin App. No. 05AP–584, 2007-Ohio-1167. On motion to stay enforcement of trial court's decision. Motion denied.
MOYER, C.J., and O'CONNOR, J., dissent.

**2007–0796. Tyus v. Grand Pointe Health Community.**
Cuyahoga App. No. 88763. On motion for stay of court of appeals' judgment. Motion denied.
MOYER, C.J., dissents.

**2007–0817. Burdge v. Supervalu Holdings, Inc.**
Hamilton App. No. C–060194, 2007-Ohio-1318. On motion for stay of execution of court of appeals' judgment. Motion denied.

**2007–0838. Beckler v. Bacon.**
Hamilton App. No. C–060228. On motion for stay of court of appeals' judgment. Motion denied.

**2007–0840. Burdge v. Supervalu Holdings, Inc.**
Hamilton App. No. C–060194. On motion for stay of court of appeals' judgment. Motion denied.

## APPEALS ACCEPTED FOR REVIEW

**2007–0140. Barnes v. Univ. Hosp. of Cleveland.**
Cuyahoga App. Nos. 87247, 87285, 87710, 87903 and 87946, 2006-Ohio-6266. Discretionary appeal of MedLink of Ohio and The MedLink Group, Inc. accepted on Proposition of Law Nos. I and III. Appeal of Lexington Insurance Company and cross-appeal not accepted.
MOYER, C.J., would also accept the MedLink appeal on Proposition of Law Nos. II and V.
LUNDBERG STRATTON and O'DONNELL, JJ., would also accept the MedLink appeal on all other Propositions of Law, the Lexington appeal, and the cross-appeal.
Motion for admission pro hac vice of Lori S. Nugent, Kathie D. King, and Maya Hoffman by Steven G. Janik granted.

**2007–0184. State v. Brown.**
Cuyahoga App. No. 87651, 2006-Ohio-6267. Discretionary appeal accepted on Proposition of Law Nos. I and II.
PFEIFER, O'DONNELL and LANZINGER, JJ., dissent.
Discretionary cross-appeal accepted on Proposition of Law No. VI and held for the decision in 2006–0151, State v. Carswell, Warren App. No. CA2005–04–047, 2005-Ohio-6547; and briefing schedule stayed.
LUNDBERG STRATTON, O'CONNOR and CUPP, JJ., would also accept the cross-appeal on Proposition of Law No. III.
PFEIFER and LANZINGER, JJ., dissent.

**2007–0339. Hahn v. Redmond.**
Summit App. No. 23491. Discretionary appeal accepted; cause held for the decision in 2006–1528 and 2006–1589, Hubbell v. Xenia, Greene App. No. 2005 CA 99, 2006-Ohio-3369; and briefing schedule stayed.
PFEIFER, J., dissents.

**2007–0375. State v. Gardner.**
Montgomery App. No. 21357, 2007-Ohio-182.
O'CONNOR, J., would also hold the cause for the decision in 2006–2135, State v. Wamsley,